UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

PATRICK MURPHY,

                **Plaintiff,**

          v.                              Civil No. 05-6356-AA

WALGREEN CO.,

                **Defendant.**

## JUDGMENT

This action is dismissed with prejudice and without costs, disbursements or attorney's fees to any party.

Dated: August 7, 2006.

Donald M. Cinnamond, Clerk

by:    /s/ Leslie Engdall
        Leslie Engdall, Deputy

**JUDGMENT**                                                **DOCUMENT NO:** _____